# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX ALVAREZ, : | |
|    Petitioner : | |
| : | No. 1:18-cv-00326 |
| v. : | |
| : | (Judge Rambo) |
| DISTRICT ATTORNEY LEHIGH : | |
| COUNTY, et al., : | |
|    Respondents : | |

## ORDER

**AND NOW**, on this 19th day of March 2018, upon consideration of Felix Alvarez's motion for Rule 60(b)(6) relief (Doc. No. 1), construed as a second and successive federal petition for writ of habeas corpus, **IT IS ORDERED THAT** Alvarez's motion (Doc. No. 1), is **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge